12 N.Y.2d 770 (1962)
Norton Ellis, Appellant,
v.
State of New York, Respondent. (Claim No. 34604.)
Court of Appeals of the State of New York.
Argued October 24, 1962.
Decided November 1, 1962.
Erwin Greenberg, Max Nelson and Samuel L. Greenberg for appellant.
Louis J. Lefkowitz, Attorney-General (Edwin R. Oberwager and Paxton Blair of counsel), for respondent.
Concur: Chief Judge DESMOND and Judges DYE, FULD, FROESSEL, VAN VOORHIS, BURKE and FOSTER.
Judgment affirmed, without costs; no opinion.